# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | )<br>)  Civ. No. 1:12-cv-02857-TWT<br>)          Hon. Thomas W. Thrash, Jr. |
| Plaintiff, | ) |
| v. | ) |
| CHARLES SCHWAB & CO., INC., | ) |
| Defendant. | ) |

## DEFENDANT CHARLES SCHWAB & CO., INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR INDIRECT PATENT INFRINGEMENT

Defendant Charles Schwab & Co., Inc. hereby moves to dismiss Plaintiff Joao Bock Transaction Systems, LLC's claims of indirect infringement pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The claims must be dismissed because Plaintiff has failed to state a claim upon which relief can be granted.

This motion is based on the concurrently-filed Memorandum of Law in support, the pleadings of record, and any other evidence the Court deems proper and just.

Dated: November 21, 2012  Respectfully submitted,

      */s/*
Mark G. Trigg
triggm@gtlaw.com
GA Bar No.: 716295
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Rd. N.E.
Atlanta, GA 30327
Telephone: (678) 553-2100
Facsimile: (678) 553-2104

Scott J. Bornstein
bornsteins@gtlaw.com
Allan A. Kassenoff
kassenoffa@gtlaw.com
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant Charles Schwab & Co., Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the forgoing pleading was prepared with one of the font and point selections (Time New Roman Type, 14 point) approved by the Court in compliance with Local Rule 5(C).

Dated this 21st day of November, 2012.

                                                                  /s/
                                             Mark G. Trigg
                                             Georgia Bar No.:  716295

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2012, a true and correct copy of DEFENDANT CHARLES SCHWAB & CO., INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR INDIRECT PATENT INFRINGEMENT was filed with the Clerk of the Court in the Northern District of Georgia using the CM/ECF electronic filing, which will automatically send email notifications of such filing to the following attorneys of record:

> Douglas L. Bridges
> Heninger Garrison Davis, LLC
> 169 Dauphin Street
> Mobile, AL  36602
>
> Jonathan R. Miller
> Heninger Garrison Davis, LLC
> 3350 Riverwood Parkway, Suite 1900
> Atlanta, Georgia  30339
>
> *Attorneys for Plaintiff Joao Bock Transaction Systems, LLC*

The undersigned further certifies that on November 21, 2012, a true and correct copy of DEFENDANT CHARLES SCHWAB & CO., INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR INDIRECT PATENT INFRINGEMENT was sent via U.S. Mail to the following attorney of record:

> Steven W. Ritcheson
> Heninger Garrison Davis, LLC

4

Suite 347
9800 D Topango Canyon Blvd.
Chatsworth, CA  91311

*Attorney for Plaintiff Joao Bock Transaction Systems, LLC*

By:   */s/*
    Mark G. Trigg
    Georgia Bar No.: 716295
    GREENBERG TRAURIG, LLP
     *Counsel for Defendant Charles Schwab & Co., Inc.*