Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Joao Bock Trans. Systems LLC,  )
                                       Plaintiff(s),  )  Case No: 4:13-cv-00693
                 v.  )
Charles Schwab & Co., Inc.,  )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                       Defendant(s).  )  (CIVIL LOCAL RULE 11-3)

I, Jonathan R. Miller, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joao Bock Transaction Systems, LLC in the above-entitled action. My local co-counsel in this case is Steven W. Ritcheson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Heninger Garrison Davis, LLC, 3621 Vinings Slope, Suite 4320, Atlanta, GA 30339-4192 | Heninger Garrison Davis LLC, 9800 D. Topanga Canyon Blvd #347, Chatsworth, CA 91311 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 996-0863 | (818) 882-1030 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jmiller@hgdlawfirm.com | switcheson@hgdlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 507179.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/21/13

                                                          Jonathan R. Miller
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan R. Miller is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 8, 2013

                                                           *Lucy H. Koh*
                                       UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE