# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOAO BOCK TRANSCATION SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO.,<br><br>Defendant. | CASE NO. 5:13-cv-00693-LHK<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Scott J. Bornstein, an active member in good standing of the Bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is, GREENBERG TRAURIG, LLP, MetLife Building, 200 Park Avenue, New York, New York 10166, (212) 801-9200 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Charles Schwab & Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: March 8, 2013

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

NY 242871426v1