Scott J. Bornstein (*pro hac vice*)
bornsteins@gtlaw.com
Allan A. Kassenoff (*pro hac vice*)
kassenoffa@gtlaw.com
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Fax: (212) 801-6400

Nicholas A. Brown (CA Bar No. 198210)
brownn@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1271
Fax: (415) 520-5609

*Counsel for Defendant*
*Charles Schwab & Co., Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOAO BOCK TRANSCATION SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO.,<br><br>Defendant. | CASE NO.  5:13-cv-00693-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Joao Bock Transaction Systems, LLC ("Joao Bock") and Defendant Charles Schwab & Co., Inc. ("Schwab") that the Case Management Conference currently set for June 5, 2013 at 2 p.m., should be continued for two weeks, to June 19, 2013 at 2 p.m., or as soon thereafter as is convenient for the Court.

The parties request this continuance because lead counsel for Schwab is scheduled to be in trial in another matter on June 5, 2013.

Dated: 05-23-2013

/s/ Nicholas A. Brown

Nicholas A. Brown (CA Bar No. 198210)
brownn@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero CenterSuite 3000
San Francisco, CA 94111
Telephone: (415) 655-1271

Scott J. Bornstein (*pro hac vice*)
bornsteins@gtlaw.com
Allan A. Kassenoff (*pro hac vice*)
kassenoffa@gtlaw.com
**GREENBERG TRAURIG, LLP**
MetLife Building, 200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

Counsel for Defendant
Charles Schwab & Co., Inc.

Dated: 05-23-2013

/s/ Steven W. Ritcheson

Steven W. Ritcheson (CA Bar No. 174062)
swritcheson@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Telephone: 818-882-1030
Fax: 818-337-0383

Counsel for Plaintiff
Joao Bock Transaction Systems, LLC

1  I, Nicholas Brown, hereby attest that the concurrence in the filing of this document has
2  been obtained from each of the other signatories.

                                */s/ Nicholas A. Brown*
                                 Nicholas A. Brown

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2, and good cause appearing, it is herby ordered that the Case Management Conference, currently set for June 5, 2013 at 2:00 p.m., is continued to ~~June 19, 2013~~ July 17, 2013 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 24, 2013

*Lucy H. Koh*

The Honorable Lucy H. Koh

United States District Judge