UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS LLC, | ) ) ) | Case No.: 13-CV-00693-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| CHARLES SCHWAB & CO., | ) ) | |
| Defendant. | ) ) ) | |

Clerk:  Martha Parker Brown          Plaintiff's Attorneys:  Jonathan Miller, Steven Ritcheson
Reporter:  Lee-Anne Shortridge       Defendant's Attorneys:  Nicholas Brown, Scott Bornstein
Length of hearing: 30 minutes

An initial case management conference was held on July 17, 2013.  A further case management conference is set for November 20, 2013, at 2:00 p.m.

The Court referred the parties to private mediation with a deadline of December 15, 2013. The parties shall file a Joint Settlement Status Report by December 19, 2013.

Plaintiff stipulated on the record that it would amend its Complaint by August 1, 2013. Accordingly, the Court DENIES AS MOOT Defendant's Motion to Dismiss, ECF No. 19, which was filed in the Northern District of Georgia on November 21, 2012, and DENIES AS MOOT Defendant's Motion to Dismiss, ECF No. 48, which was filed in this District on July 16, 2013. The Court hereby VACATES the hearing that was scheduled for January 9, 2014.

Pursuant to the E-Discovery Model Order, the Court limits ESI discovery to eight custodians per side and eight search terms for each custodian.

The Court will not bifurcate the discovery or other issues in this case.

By August 7, 2013, Plaintiff will narrow the number of asserted claims to 53.  By September 25, 2013, Defendant will narrow the number prior art references to 53.  The Court set the following additional limitations, to be scheduled by the parties by stipulation:

- Before the *Markman* Tutorial, the parties will narrow the claims and prior art references to 40.

1

Case No.: 13-CV-00693-LHK
CASE MANAGEMENT AND MINUTE ORDER

- After the *Markman* Tutorial, the parties will narrow the claims and prior art references to 32.
- Before the filing of any dispositive motions, the parties will narrow the claims and prior art references to 15.
- After the hearing on dispositive motions, the parties will narrow the claims and prior art references to 12.

Each party is limited to one motion for summary judgment or summary adjudication in this case.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Initial Disclosures Due (FRCP 26) | July 17, 2013 |
| Disclosure of asserted claims and infringement contentions (Patent L.R. 3-1, 3-2) | August 7, 2013 |
| Invalidity contentions (Patent L.R. 3-3, 3-4) | September 25, 2013 |
| Proposed claim terms for construction (Patent L.R. 4-1) | October 23, 2013 |
| Deadline to Amend Pleadings | December 11, 2013 |
| Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) | November 26, 2013 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | December 11, 2013 |
| Parties exchange claim construction expert reports | December 19, 2013 |
| Close of Claim Construction Discovery (Patent L.R. 4-4) | January 15, 2013 |
| Opening Claim Construction Briefs (Patent L.R. 4-5) | January 29, 2013 |
| Claim Construction Oppositions (Patent L.R. 4-5) | February 12, 2014 |
| Claim Construction Replies (Patent L.R. 4-5) | February 19, 2014 |
| *Markman* Tutorial | Thursday, April 10, 2014, at 1:30 pm |
| Claim Construction Hearing (max. 10 claim terms) | Thursday, April 17, 2013, at 1:30 pm |
| Fact Discovery Cut Off | October 17, 2014 |
| Initial Expert Disclosures | November 7, 2014 |
| Rebuttal Expert Reports | December 5, 2014 |
| Close of Expert Discovery | January 5, 2015 |
| Last day to file dispositive motions | January 20, 2015 |
| Opposition briefs on dispositive motions | (to be worked out by parties) |
| Reply briefs on dispositive motions | (to be worked out by parties) |
| Hearing on dispositive motions | Thursday, March 12, 2015, at 1:30 p.m. |
| Final Pretrial conference | Thursday, May 21, 2015, at 1:30 p.m. |
| Jury Trial | Monday, June 15, 2015, at 9:00 a.m. |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated: July 17, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00693-LHK
CASE MANAGEMENT AND MINUTE ORDER