Steven W. Ritcheson, Esq. (SBN 174062)
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
Email: swritcheson@hgdlawfirm.com

Jonathan R. Miller, *Pro Hac Vice*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0863
Facsimile: (205) 547-5506
Email: jmiller@hgdlawfirm.com

Attorneys for Plaintiff, *Joao Bock Transaction Systems, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO.,<br><br>Defendant. | Case No. 5:13-cv-00693-LHK<br><br>**NOTICE OF SERVICE OF ASSERTED CLAIMS**<br><br>**Judge Lucy H. Koh** |

Plaintiff JOAO BOCK TRANSACTION SYSTEMS, LLC (hereinafter, "JBTS"), by and through its undersigned counsel, hereby notifies the Court that JBTS has served its Notice of Asserted Claims against Defendant CHARLES SCHWAB & CO., INC. (hereinafter, "Charles Schwab). Said Notice was made by electronic mail to counsel for Charles Schwab on November 22, 2013.

| | |
|---|---|
| Dated: November 22, 2013 | Respectfully submitted,<br>**HENINGER GARRISON DAVIS, LLC**<br><br>*s/ Jonathan R. Miller*<br>Steven W. Ritcheson, Esq. (SBN 174062)<br>**HENINGER GARRISON DAVIS, LLC**<br>9800 D Topanga Canyon Blvd. #347<br>Chatsworth, California 91311<br>Telephone: (818) 882-1030<br>Facsimile: (818) 337-0383<br>Email: swritcheson@hgdlawfirm.com<br><br>Jonathan R. Miller, *Pro Hac Vice*<br>**HENINGER GARRISON DAVIS, LLC**<br>3621 Vinings Slope, Suite 4320<br>Atlanta, Georgia 30339<br>Telephone: (404) 996-0863<br>Facsimile: (205) 547-5506<br>Email: jmiller@hgdlawfirm.com<br><br>Attorneys for Plaintiff<br>*Joao Bock Transaction Systems, LLC* |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | This is to certify that I have this day electronically filed the foregoing using the CM/ECF |
| 3 | system. |
| 4 | |
| 5 | Dated: November 22, 2013 |
| |             *s/ Jonathan R. Miller* |
| 6 |             Jonathan R. Miller, Esq. *(pro hac vice)* |