1   Steven W. Ritcheson, Esq. (SBN 174062)
**HENINGER GARRISON DAVIS, LLC**
2   9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
3   Telephone: (818) 882-1030
Facsimile: (818) 337-0383
4   Email: swritcheson@hgdlawfirm.com

5   Jonathan R. Miller (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
6   3621 Vinings Slope, Suite 4320
Atlanta, Georgia  30339
7   Telephone: (404) 996-0863
Facsimile: (205) 547-5506
8   Email: jmiller@hgdlawfirm.com
        Attorneys for Plaintiff, *Joao Bock Transaction Systems, LLC*
9

Scott J. Bornstein (*pro hac vice*)
10    bornsteins@gtlaw.com
Allan A. Kassenoff (*pro hac vice*)
11    kassenoffa@gtlaw.com
**GREENBERG TRAURIG LLP**
12   MetLife Building
200 Park Avenue
13   New York, New York  10166
Telephone: (212) 801-9200
14   Facsimile: (212) 801-66400

15   Nicholas A. Brown (SBN 198210)
    brownn@gtlaw.com
16   **GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
17   San Francisco, California  94111
Telephone: (415) 655-1271
18   Facsimile: (415) 520-5609
        Attorneys for Defendant, *Charles Schwab & Co., Inc.*
19

20         UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA
           SAN JOSE DIVISION
21

| | |
|---|---|
| 22  JOAO BOCK TRANSACTION SYSTEMS, LLC, | Case No. 5:13-cv-00693-LHK |
| 23 | **STIPULATION FOR DISMISSAL OF** |
|             Plaintiff, | **COUNT I AND COUNT II OF THE** |
| 24 | **FIRST AMENDED COMPLAINT** |
| 25      v. | |
| 26  CHARLES SCHWAB & CO., INC | |
|             Defendant. | |
| 27 | |
| 28 | |

1    Pursuant to the Status Hearing of November 20, 2013, and the Court's Order dated

2    November 20, 2013 (Dkt. No. 63), Plaintiff Joao Bock Transactions Systems, LLC and Defendant

3    Charles Schwab & Co., Inc. hereby jointly stipulate to the dismissal of U.S. Patent Nos. 6,047,270

4    and 6,529,725 as previously alleged in Counts I and II of the First Amended Complaint (Dkt. No.

5    50), with prejudice.

6

7                                          Respectfully submitted,
                                           **HENINGER GARRISON DAVIS, LLC**

8

9    Dated: November 25, 2013

                                            *s/ Steven W. Ritcheson*
10                                          Steven W. Ritcheson
                                           Attorney for Plaintiff
11                                          *Joao Bock Transaction Systems, LLC*

12

13                                         Respectfully submitted,
                                           **GREENBERG TRAURIG, LLP**

14

15   Dated: November 25, 2013

                                            *s/ Nicholas A. Brown*
16                                         Nicholas A. Brown
                                           Attorney for Defendant
17                                          *Charles Schwab & Co., Inc.*

18

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Date:  November 27, 2013            *Lucy H. Koh*

23                                       HONORABLE LUCY M. KOH
                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

---

STIPULATION FOR DISMISSAL OF                    2                    CASE No. 5:13-cv-00693-LHK
COUNT I AND COUNT II OF THE
FIRST AMENDED COMPLAINT