# EXHIBIT B

RECEIVED
CENTRAL FAX CENTER
OCT 18 2004

RAYMOND A. JOAO, ESQ.
122 BELLEVUE PLACE
YONKERS, NEW YORK 10703
(914) 969-2992

# FAX COVER SHEET

*RETRANSMISSION OF 10/16/04 FAX*

To:     U.S. Patent and Trademark Office

From:   Raymond A. Joao, Esq.

Date:   October 18, 2004

Fax No.: 1-703-872-9306

Re: U.S. PATENT APPLICATION SERIAL NO. 09/949,694

No. Pages: 14 (including cover)

Re: **SUPPLEMENT TO THE REMARKS FOR THE SECOND PRELIMINARY AMENDMENT FILED SEPTEMBER 27, 2004 - U.S. PATENT APPLICATION SERIAL NO. 09/949,694**

To Whom It May Concern:

Please find transmitted herewith a SUPPLEMENT TO THE REMARKS FOR THE SECOND PRELIMINARY AMENDMENT FILED SEPTEMBER 27, 2004 in the above-identified application.

Respectfully Submitted,

Raymond A. Joao
Reg. No. 35,907

*Please Note:*
*I submitted the attached document and coversheet on 10/16/04 but did not receive a fax receipt.*

RECEIVED
CENTRAL FAX CENTER
OCT 18 2004

RAYMOND A. JOAO, ESQ.
122 BELLEVUE PLACE
YONKERS, NEW YORK 10703
(914) 969-2992

# FAX COVER SHEET

To:     U.S. Patent and Trademark Office

From:   Raymond A. Joao, Esq.

Date:   October 16, 2004

Fax No.: 1-703-872-9306

Re: U.S. PATENT APPLICATION SERIAL NO. 09/949,694

No. Pages: 13 (including cover)

Re: SUPPLEMENT TO THE REMARKS FOR THE SECOND PRELIMINARY AMENDMENT FILED SEPTEMBER 27, 2004 - U.S. PATENT APPLICATION SERIAL NO. 09/949,694

To Whom It May Concern:

Please find transmitted herewith a SUPPLEMENT TO THE REMARKS FOR THE SECOND PRELIMINARY AMENDMENT FILED SEPTEMBER 27, 2004 in the above-identified application.

Respectfully Submitted,

Raymond A. Joao
Reg. No. 35,907

I hereby certify that this correspondence is being transmitted via facsimile transmission to the United States Patent and Trademark Office at 703-872-9306 on October 16, 2004.

*Raymond A. Joao*

JB010

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT    : RAYMOND A. JOAO and ROBERT R. BOCK

SERIAL NO.   : 09/949,694

FILED        : SEPTEMBER 10, 2001

FOR          : TRANSACTION SECURITY APPARATUS AND METHOD

EXAMINER     : K. FERGUSON

GROUP        : 2683

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUPPLEMENT TO THE REMARKS FOR THE SECOND PRELIMINARY AMENDMENT

Sir:

This is a Supplement To The Remarks For The Second Preliminary Amendment filed on September 27, 2004. Entry of this Supplement To The Remarks For The Second Preliminary Amendment filed on September 27, 2004, before any Official Action is taken in this case, is respectfully requested.

### REMARKS

This is a Supplement To The Remarks For The Second Preliminary Amendment filed on September 27, 2004. Entry of this Supplement To The Remarks For The Second Preliminary Amendment filed on September 27, 2004, before any Official Action is taken in this case, is respectfully requested.

Regarding independent Claims 41, 69, 85, 111, 138, 140, 175, 207, 236, 348, 378 and 398, Applicant respectfully submits that the phrase "at least one of the Internet and the World Wide Web" means "only the Internet, only the World Wide Web, or the Internet and the World Wide Web". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 19, lines 3-12; page 24, line 21 to page 25, line 2; page 66, line 21 to page 67, line 9; page 67, lines 20-33; Page 68, lines 1-9; page 68, line 19-31; page 69, lines 12-19; page 70, line 25 to page 71, line 13; line 75, line 26 to page 76, line 4; and in the originally filed Figures 10 and 11.

Regarding independent Claim 138, Applicant respectfully submits that the phrase "at least one of a credit card account, a charge card account, a debit card account, a

2

currency card account, a "smart" card account, a checking account, a savings account, and an automated teller machine account" means "only a credit card account, only a charge card account, only a debit card account, only a currency card account, only a "smart" card account, only a checking account, only a savings account, only an automated teller machine account, or any combination of a credit card account, a charge card account, a debit card account, a currency card account, a "smart" card account, a checking account, a savings account and an automated teller machine account". Applicant respectfully submits that support for the above definition can, for example, be found in the Specification at page 2, lines 2-10; page 7, line 15 to page 8, line 16; page 16, line 1 to page 17, line 16; page 21, line 16 to page 22, line 4; page 23, lines 27-30; page 24, lines 5-8; page 25, line 4 to page 26, line 32; page 32, line 11 to page 38, line 6; page 39, lines 4-28; page 39, line 29 to page 40, line 24; page 42, lines 1-8; page 47, lines 5-13; page 47, line 14 to page 53, line 12; page 54, lines 9-24; page 66, lines 21-30; page 74, lines 6-20; page 75, line 26 to page 77, line 9; page 78, line 26 to page 81, line 9; page 81, line 28 to page 82, line 27; and in the originally filed Figures 3 and 6.

3

Regarding independent Claim 175, Applicant respectfully submits that the phrase "at least one of a credit card transaction, a charge card transaction, a debit card transaction, a currency card, and a "smart" card transaction, means "only a credit card transaction, only a charge card transaction, only a debit card transaction, only a currency card, only a "smart" card transaction, or any combination of a credit card transaction, a charge card transaction, a debit card transaction, a currency card and a "smart" card transaction". Applicant respectfully submits that support for the above definition can, for example, be found in the Specification at page 2, lines 2-10; page 7, line 15 to page 8, line 16; page 16, line 1 to page 17, line 16; page 21, line 16 to page 22, line 4; page 23, lines 27-30; page 24, lines 5-8; page 25, line 4 to page 26, line 32; page 32, line 11 to page 38, line 6; page 39, lines 4-28; page 39, line 29 to page 40, line 24; page 66, lines 21-30; page 74, lines 6-20; page 75, line 26 to page 77, line 9; page 78, line 26 to page 81, line 9; page 81, line 28 to page 82, line 27; and in the originally filed Figure 3.

Regarding independent Claim 175, Applicant respectfully submits that the phrase "at least one of a goods provider and a service provider" means "only a goods provider,

4

only a service provider, or a goods provider and a service provider". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 25, lines 4-24.

Regarding independent Claim 175, Applicant respectfully submits that the phrase "at least one of a telephone order, a mail order, an Internet transaction, and an on-line transaction" means "only a telephone order, only a mail order, only an Internet transaction, only an on-line transaction, or any combination of a telephone order, a mail order, an Internet transaction and an on-line transaction". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 25, lines 4-24.

Regarding independent Claim 236, Applicant respectfully submits that the phrase "at least one of a phone number which may be called, a number from which an incoming call may be accepted or received, at least one of a time of day, a specific day, a date, and a time of month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, an authorized time of usage of

5

the first communication device on the wireless communication device account or on the cellular communication device account, an amount of a transaction, a party or parties involved, and a time of allowed usage" means "only a phone number which may be called, only a number from which an incoming call may be accepted or received, only a time of day, only a specific day, only a date, only a time of month or year, or any combination of a time of day, a specific day, a date and a time of month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, only an authorized time of usage of the first communication device on the wireless communication device account or on the cellular communication device account, only an amount of a transaction, only a party or parties involved, only a time of allowed usage, or any combination of a phone number which may be called, a number from which an incoming call may be accepted or received, only a time of day, only a specific day, only a date, only a time of month or year, or any combination of a time of day, a specific day, a date and a time of month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, an amount of a transaction, a party or parties involved and a time of allowed usage". Applicant respectfully

6

submits that support for the above definition can, for example, be found in the originally filed Specification at page 81, lines 10-27.

Regarding independent Claims 260, 294, 321, 348, 378 and 398, Applicant respectfully submits that the phrase "at least one of a beeper, a pager, a telephone, a two-way pager, a reply pager, a home computer, a personal computer, a personal communication device, a personal communication services device, a television, an interactive television, a digital television, a personal digital assistant, a display telephone, a video telephone, a watch, a cellular telephone, a wireless telephone, a mobile telephone, a display cellular telephone, and a facsimile machine" means "only a beeper, only a pager, only a telephone, only a two-way pager, only a reply pager, only a home computer, only a personal computer, only a personal communication device, only a personal communication services device, only a television, only an interactive television, only a digital television, only a personal digital assistant, only a display telephone, only a video telephone, only a watch, only a cellular telephone, only a wireless telephone, only a mobile telephone, only a display cellular telephone, only a facsimile machine, or any combination of a beeper, a pager, a telephone, a two-way pager, a reply pager, a home computer, a personal

7

computer, a personal communication device, a personal communication services device, a television, an interactive television, a digital television, a personal digital assistant, a display telephone, a video telephone, a watch, a cellular telephone, a wireless telephone, a mobile telephone, a display cellular telephone and a facsimile machine". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 27, line 20 to page 29, line 14; page 42, line 30 to page 44, line 21; page 71, line 14 to page 73, line 24; page 77, lines 10-21; and in the originally filed Figures 1 and 4.

Regarding independent Claim 348, Applicant respectfully submits that the phrase "at least one of an input device and a data entry device" means "only an input device, only a data entry device, or an input device and a data entry device". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 29, lines 15-24; page 32, line 19 to page 33, line 12; page 44, lines 22-33; page 47, line 14 to page 48, line 8; and in the originally filed Figure 2 (USER INPUT DEVICE 2E, MAGNETIC CARD READER 2B) and originally filed Figure 5 (USER INPUT DEVICE 102E, SCANNER/READER 102B).

8

Regarding independent Claim 378, Applicant respectfully submits that the phrase "at least one of a phone number which may be called, a number from which an incoming call may be accepted or received, at least one of a time of day, a specific day, a date, and a time of a month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, an authorized time of usage of the first communication device on the wireless communication device account or on the cellular communication device account, an amount of a transaction, a party or parties involved, and a time of an allowed usage" means "only a phone number which may be called, only a number from which an incoming call may be accepted or received, only a time of day, only a specific day, only a date, only a time of a month or year, or any combination of a time of day, a specific day, a date and a time of a month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, only an authorized time of usage of the first communication device on the wireless communication device account or on the cellular communication device account, only an amount of a transaction, only a party or parties involved, only a time of an allowed usage, or any

9

combination of a phone number which may be called, a number from which an incoming call may be accepted or received, only a time of day, only a specific day, only a date, only a time of a month or year, or any combination of a time of day, a specific day, a date and a time of a month or year, during which the first communication device may be utilized on the wireless communication device account or on the cellular communication device account, an authorized time of usage of the first communication device on the wireless communication device account or on the cellular communication device account, an amount of a transaction, a party or parties involved and a time of an allowed usage". Applicant respectfully submits that support for the above definition can, for example, be found in the originally filed Specification at page 81, lines 10-27.

Applicant respectfully submits that in instances other than those noted above, in which Applicant has used the phrase having the form "at least one of A and B", where each of A and B is either a term or a phrase, the phrase "at least one of A and B" means "only A, only B, or A and B". In instances other than those noted above, in which three or more terms and/or phrases are present in an "at least one of . . . and . . ." phrase, Applicant provides the following example definitions: the phrase "at least one of A, B, and C" means

10

"only A, only B, only C, or any combination of A, B and C"; the phrase "at least one of A, B, C, and D" means "only A, only B, only C, only D, or any combination of A, B, C and D"; the phrase "at least one of A, B, C, D, and E" means "only A, only B, only C, only D, only E, or any combination of A, B, C, D and E", an so on.

Applicant respectfully submits that the newly added Claims 41-402 do not contain new matter. Applicant further respectfully submits that the amendments to the claims made in the Second Preliminary Amendment, filed September 27, 2004, do not contain new matter. Applicant respectfully submits that the Amendments to the Claims made in the Second Preliminary Amendment filed on September 27, 2004 were not made for purposes related to patentability.

Applicant respectfully submits that the present invention, as defined by Claims 41-402, is patentable over the prior art. Entry of this Supplement To The Remarks For The Second Preliminary Amendment filed on September 27, 2004, before any Official Action is taken in this case, is respectfully requested.

11

PAGE 13/14 * RCVD AT 10/18/2004 9:33:05 AM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/0 * DNIS:8729306 * CSID:9149692992 * DURATION (mm-ss):05-36

The above-identified application is deemed to be in condition for allowance and action to that end is respectfully requested.

                              Respectfully Submitted,

                              Raymond A. Joao
                              Reg. No. 35,907

October 16, 2004
Raymond A. Joao, Esq.
122 Bellevue Place
Yonkers, New York 10703
(914) 969-2992

12